# Exhibit E

**U.S. Patent No. 11,646,988**

| | Element | Accused System |
|---|---|---|
| 6.p | A method for sustainably communicating individual unique personalized messages to a plurality of recipients | Preamble not limiting. To the extent the preamble is limiting, Walgreens serves millions of pharmacy patients and communicates with millions of pharmacy patients by sending each patient individual unique personal messages. |
| 6.1 | generating a plurality of individual unique personalized messages in HTML | Defendant claims to serve "more than 9 million customers and patients each day."[1] Defendant communicates with its pharmacy patients by generating a plurality of individual unique personalized messages in HTML.<br><br>The screen shot below demonstrates a unique personalized message in HTML for one of Defendant's pharmacy patients:<br><br><br><br><br>The message is unique because it is specific to the pharmacy order of one specific pharmacy customer.<br><br>The screen shot below demonstrates a unique personalized message in HTML for one of |

[1] https://corporate.walgreens.com/news-and-stories/press-releases/pharmacy-healthcare/walgreens-launches-pharmacy-patient-advisory-board-to-strengthen-patient-collaboration/

| | Element | Accused System |
|---|---|---|
| | | Defendant's pharmacy patients:<br><br><br><br>The message is unique because it is specially tailored to the personal information, date of birth, for one specific customer.<br><br>The messages are HTML because the messages are displayed via a web browser. |
| 6.2 | storing each said individual unique personalized message on a device accessible to a network | Based on information and belief, Defendant stores individual unique personalized messages on a device accessible to a network.<br><br>Defendant communicates with a high number of pharmacy customers every day using unique personal messages like the messages shown above. Defendant stores these messages on a device, such as a storage device, server, or data center, that is accessible to a network. Storage and network accessibility are necessary for the messages to be available for remote viewing by Defendant's customers. |
| 6.3 | assigning each of said plurality of individual unique personalized messages a unique dynamic messaging link leading directly thereto | Defendant assigns each of said plurality of individual unique personalized messages a unique dynamic messaging link leading directly thereto.<br><br>The screen shot below demonstrates a unique dynamic messaging link created and sent by Defendant: |

| | Element | Accused System |
|---|---|---|
| | | <br><br>The unique dynamic messaging link is "wlgrn.com/WPkGgvBjP". The unique personalized messages shown above were assigned to the unique dynamic messaging link wlgrn.com/WPkGgvBjP. |
| 6.4 | each said unique dynamic messaging link comprising a proprietary domain name and a unique hash code corresponding to said individual unique personalized message sufficiently recognizable to each recipient thereof to increase the likelihood of the recipient clicking on the unique dynamic messaging link containing said proprietary domain name | The unique dynamic messaging links Defendant sends its customers comprise a proprietary domain name and a unique hash code corresponding to the individual unique personalized message sufficiently recognizable to each recipient thereof to increase the likelihood of the recipient clicking on the unique dynamic messaging link containing said proprietary domain name.<br><br>In the examples shown above, the proprietary domain name is wlgrn.com.<br><br>In the examples shown above, the unique hash code is WPkGgvBjP. |

| | Element | Accused System |
|---|---|---|
| | | The domain name wlgrn.com is proprietary because it is owned by Defendant and is recognizable to Defendant's customers because the domain is an abbreviation of Defendant's full name WALGREENS.<br><br>The use of the domain name wlgrn.com increases the likelihood that Defendant's customers click the link because Defendant's customers recognize the domain wlgrn.com as being related to Defendant and trust that communications from Defendant will not be harmful communications such as computer viruses. |
| 6.5 | electronically providing to each recipient said unique dynamic messaging link, corresponding to each said individual unique personalized message in the form of a descriptive invitation to click upon said unique dynamic messaging link, | Defendant electronically provides to its customers unique dynamic messaging links in the form of a descriptive invitation to click on the unique dynamic messaging link.<br><br>In the examples shown above, a text message is a form of electronically providing a link.<br><br>In the examples shown above, the descriptive invitation to click on the link is the message: "Jeff's Rx Status – 1 Rx ready for pickup RX info, price, & pharmacy hours:" The language invites the recipient to click on the link to obtain Rx info. |
| 6.6 | over an imprimatur associated with the proprietary domain name, said imprimatur being known to its recipient | The unique dynamic messaging links Defendant sends its customer are over an imprimatur associated with the proprietary domain name, said imprimatur being known to its recipient.<br><br>In the examples shown above, the imprimatur is Walgreens. The imprimatur, Walgreens, is associated with the proprietary domain name wlgrn.com. The imprimatur, Walgreens, is known to Defendant's customers because Defendant's customers selected Walgreens as their pharmacy and signed up to receive communications from Walgreens. |

| | Element | Accused System |
|---|---|---|
| 6.7 | transmitting said individual unique personalized message upon actuation of its corresponding unique dynamic messaging link | Defendant transmits unique personalized messages to its customers upon actuation of the corresponding unique dynamic messaging links.<br><br>In the examples shown above, when the unique dynamic messaging link was actuated, Defendant transmitted the identified individual unique personalized messages. |